ORIGINAL w/
9 Exhibits

**FILED**
OCT 25 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA CIRCUIT
333 CONSTITUTION AVENUE, NW
WASHINGTON, D.C. 20001

PETITION FOR SUIT IN EQUITY
( PURSUANT TO 42 § USC § 1983 )

JOSE NAVARRETE, PRO SE            JURY DEMAND
FED REG NO. 21050-086             MONETARY DAMAGES ($1,000,000.00)
P.O. BOX 2000 FCI
FEDERAL CORRECTIONS INSTITUTION
FORT DIX, N.J. 08640

                PETITIONER,

        VS                         Case: 1:07-cv-01929
                                   Assigned To: Unassigned
UNITED STATES OF AMERICA, ET AL.;  Assign. Date: 10/25/2007
FEDERAL BUREAU OF PRISONS, ET AL.; Description: Pro Se General Civil
WARDEN
FEDERAL CORRECTIONS INSTITUTION
FORT DIX - P.O. BOX 2000
FORT DIX, N.J. 08640

PRESIDENT
LOUISIANA STATE UNIVERSITY
STUDENT SERVICES CAMPUS
LOUISIANA STATE 70130

OWNER
BARNES AND NOBLE BOOK STORE
LOUISIANA STATE UNIVERSITY
LOUISIANA STATE 70130

EDUCATION SUPERVISOR
FORT DIX FCI
P.O. BOX 2000
FORT DIX, N.J. 08640

                DEFENDANTS.

            JURISDICTIONAL VENUE

28 § USC § 1331. FEDERAL QUESTION.

**RECEIVED**
SEP 28 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

" THE DISTRICT COURTS SHALL HAVE ORIGINAL JURISDICTION OF ALL CIVIL ACTIONS ARISING UNDER THE CONSTITUTION LAWS, OR TREATIES OF THE UNITED STATES."

42 § USC § 1983     Civil Rights

§ 1983. CIVIL ACTION FOR DEPRIVATION OF RIGHTS.

" EVERY PERSON WHO, UNDER COLOR OF ANY STATUTE, ORDINANCE, REGULATION, CUSTOM, OR USAGE, OF ANY STATE, OR TERRITORY, OR THE DISTRICT OF COLUMBIA, SUBJECTS, OR CAUSES TO BE SUBJECTED, ANY CITIZEN OF THE UNITED STATES OR OTHER PERSON WITHIN THE JURISDICTIOON THEREOF TO THE DEPRIVATION OF ANY RIGHTS, PRIVILEGES, OR IMMUNITIES SECURED BY THE CONSTITUTUION AND LAWS, SHALL BE LIABLE TO THE PARTY INJURED IN AN ACTION AT LAW, SUIT IN EQUITY, OR OTHER PROPER PROCEEDINGS FOR REDRESS, EXCEPT THAT IN ANY ACTION BROOUGHT AGAINST A JUDICIAL OFFICER FORAN ACT OR OMISSION TAKEN IN SUCH OFFICIER's JUDICIAL CAPACITY, INJUNCTIVE RELIEF SHALL NOT BE GRANTED UNLESS A DECLARATORY DECREE WAS VIOLATED OR DECLARATORY RELIEF WAS UNAVAILABLE. FOR THE PURPOSE OFD THIS SECTION, ANY ACT OF CONGRESS APPLICABLE EXCLUSIVELY TO THE DISTRICT OF COLUMBIA, SHALL BE CONSIDERED TO BE A STATUTE OF THE DISTRICT OF COLUMBIA. "

CITATIONS CHIEFLY RELIED UPON

FIRST AMENDMENT , UNITED STATES CONSTITUTION
FOURTH AMENDMENT , UNITED STATES CONSTITUTION
FIFTH AMENDMENT , UNITED STATES CONSTITUTION
EIGHTH AMENDMENT , UNITED STATES CONSTITUTION
FOURTEENTH AMENDMENT , UNITED STATES CONSTITUTION
BOP POLICY STATEMENT GOVERNING EDUCATIONAL CORRESPONDENCE COURSES
AMERICANS WITH DISABILITIES ACT
CIVIL RIGHTS ACT OF AMERICA
ALL APPLICABLE UNITED STATES TREATIES
ALL APPLICABLE UNITED STATES LAWS

PETITIONER DEMANDSAATRIAL BY JURY

A TRIAL BY JURY DEMAND IS THE RIGHT PROVIDED BY THE UNITED STATES CONSTITUTION. PETITIONER ALSO SEEKS MONETARY DAMAGES IN THE AMOUNT

OF $1,000,000.00

## FACTUAL BACKGROUND

PETITIONER, JOSE NAVARRETE, IS AN ALIEN FROM ANOTHER COUNTRY, BOUND AND HELD IN THE UNITED STATES UNDER COLOR OF LAW. PETITIONER IS ALSO A FEDERAL PRISONER HELD IN AND AT THE FEDERAL BUREAU OF PRISONS, NOW AT THE FEDERAL CORRECTIONS INSTITUTION AT FORT DIX, NEW JERSEY.

IN AN EFFORT TO CONFORM TO THE NORMS OF THE AMERICAN CULTURE AND TO REHABILITATE HIMSELF AND THROUGH THE EDUCATIONAL EXPLOITS OFFERED TO RPISONERS HOUSED IN AND AT FEDERAL INSTITUTIONS, UNDER THE POLICY OF THE FEDERAL BUREAU OF PRISONS GOVERNING PRISONERS ENEGAGING IN EDUCATIONAL COURSES CORRESPONDING WITH OUTSIDER COLLEGES AND UNIVERSITIES, THIS PETITIONER ENROLLED IN AND WAS ACCEPTED AS AN " CORRESPONDENCE STUDENT " WITH THE " LOUISIANA STATE UNIVERSITY."

PETITIONER FULFILLED ANY AND ALL REQUIREMENTS OF THE ENROLLEMENT PROCEDURES AND PROCEEDED TO BECOME GREATLY ENVOLVED WITH THE CLASSES AND CORRESPONDING COURSES HE WAS AFFORDED TO ENGAGE THROUGH THE BOP AND THE SUPERVISOR FOR EDUCATIONAL SERVICES.

PETITIONER WAS NOT ALLOWED TO COMPLETE THE COURE HOWEVER, DUE TO THE ERRORS OF THE FEDERAL BUREAU OF PRISONS. MOREOVER, PRISONER/PETITIONER WAS LITTERLY " ROBBED " OF HIS MONIES BY THE DEFENDANTS BECAUSE HE WAS " MANDATED/MADE " TO PAY FOR HIS OWN EXPENSES, AND WHEN HE DID FORWARD TO THE LOUISIANA STATE UNIVERSITY TO ITS BOOK STORE LOCATED ON ITS PROPERTY WHERE IT REQUIRED THIS PETITIONER TO PURCHASE HIS CORRESPONDENCE BOOK MATERIALS FROM IN ORDER TO CORRECTLY AND PROPERLY ENGAGE HIS EDUCATIONAL CORRESPONDENCE PURSUITS, ACCORDINGLY TO THE PROVISIONS PROVIDED TO HIM BY BOTH THE BOP AND THE LOUISIANA STATE UNIVERSITY COMPONENTS, PETITIONER PAID FOR A BOOK AND MATERIALS FROM THE BARNES AND NOBLE BOOK STORE, THE AMOUNT OF $189.60 FOR THE ITEM # 127527, WHERE PETITIONER NEVER RECEIVED SAID ITEM NOR DID HE RECEIVE ANY FURTHER INSTRUCTIONS IN HIS EDUCATIONAL INSTRUCTIONAL CLASS NOR WAS HE ALLOWED TO COMPLETE HIS EDUCATIONAL CORRESPONDENCE COURSE EVENTHOUGH HE HAD PAID THE REQUIRED COST TOWHICH HE HAD AGREED, IN WRITING TO DO SO. THIS AGREEMENT WAS SANCTIONED BY THE BOP AND THE LOUISIANA STATE UNIVERSITY AND THE PETITIONER HEREIN.

IN ACCORDANCE WITH BOP POLICY, THIS PETITIONER FILED NECESSARY GRIEVENCE FORMS TO QUELL THIS MATTER " INFORMALLY " AND WITHOUT QUESTION OF" FAULT." HOWEVER, THIS METHOD FAILED TO PRODUCE ANY FACTS NOR TO RECOVER MY EXPENDITURES, NOR TO RECEIVE THE FULLEST COMPLETIONS OF THE PARTICIPATED CORRESPONDENCE COURSE. PETITIONER THEN FILED HIS ADMINISTRATIVE GRIEVENCE WITH AND UP UNTO THE ASSISTANT WARDEN AND SUBSEQUENTLY, WARDEN, TO NO AVAIL..THIS SUIT IS INITIATED AS AN " LAST RESORT!"

WHEREAS , PETITIONER SEEKS A TRIAL BY JURY TO DETERMINE THE FACTS OF THIS SUIT , AND TO DECLARE HIS RIGHTS AS BEING GREATLY IN VIOLATIONS BY THESE DEFENDANTS, AND FURTHER , FOR COMPENSATORY DAMAGES , PETITIONER SEEKS THE AMOUNT OF $ 1, 000 , 000 . 00 , AND FURTHER , FOR PUNITIVE DAMAGES , PETITIONER SEEKS THE AMONT OF $ 1, 000 , 000 .00, AND ANY OTHER PROPER PROCEEDINGS ORDERED BY THIS COURT , IN ACCORDANCE WITH HIS BEING ORDERED TO COMPLETE HIS EDUCATIONAL PURSUITS AS PREVIOUSLY AGREED TO IN THE INSTANT CAUSE AND THAT HE BE ALSO AWARDED A FULL RETURN AND COMPENSATED FOR THE FULL AMOUNT OF FINANCES PUT FORTH BY HIM IN GOOD FAITH , IT IS SO MOVED!.

*Jose Navarrete*
JOSE NAVARRETE , PRO SE

CERTIFICATE OF SERVICE

I, JOSE NAVARRETE , THE PRO SE PETITIONER HEREIN , DO SO DEPOSE AND SAY UNDER PENALTY OF PERJURY , THAT I HAVE MAILED THE ORIGINAL AND (9) ATTACHMENTS AS EXHIBITS, AND TWO COPIES OF THE ORIGINAL COMPLAINT TO THE CHIEF CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, FOR THE CLERK TO SERVE AND PROCESS ANY AND ALL NECESSARY PARTIES HERETO, IN ACCORDANCE WITH RULE 11 AND RULE 12, FOR THE SERVICE OF THE UNITED STATES ATTORNEY , AT HIS OR HER ADDRESS, AND ALL OTHER PARTIES SO NAMED HEREIN , AND THE PETITIONER AT :

    JOSE NAVARRTE
    FED REG 12050-086
    P.O. BOX 2000 FCI
    FORT DIX , N.J. 08640

ON THIS __24__ DAY OF __September__ , 2007. FURTHER, THAT A COPY OF MY INMATE FINANCIAL FUND REPORT FOR THESE LAST SIX (6) MONTHS AS REQUESTED FROM MY INSTITUTIONAL FINANCE OFFICER VIA MY COUNSELOR AT SAID INSTITUTION , ON MY HAND AND SIGNATURE , IT IS SO MOVED!. PLEASE RETURN A STAMPED COPY TO PETITIONER , PRO SE.

*Jose Navarrete*
JOSE NAVARRETE , PRO SE

ATTACHMENTS!

[
[

OPI: LEGAL DEPARTMENT
Number: FTD 1330.13H
Date: DRAFT
Attachment: 1

FCI FORT DIX, NEW JERSEY
ADMINISTRATIVE REMEDY PROCEDURE FOR INMATES
INFORMAL RESOLUTION FORM (BP-8)

NOTE TO INMATE: You are advised that prior to receiving and filing a request for administrative remedy Form BP-229 (old BP-9), you MUST ordinarily attempt to informally resolve your complaint through your Correctional Counselor. Briefly state ONE complaint below and list what efforts you have made to resolve your complaint informally and state names of staff contacted. As stated above, there are situations when an inmate does not have to attempt informal resolution.
Date form issued and initials of Correctional Counselor: 9/21/07 [initials]

INMATE'S COMMENTS:

1. Complaint: THE HEREIN SIGNATURED INMATE, AN ALIEN FROM ANOTHER COUNTRY, HAS EXHAUSTED HIS REMEDIES AS INFORMAL RESOLUTIONS, AND NOW SEEKS HIGHER INTREVENTION. I HAVE LOST NOT ONLY MONETRAY EXPENDITURES, BUT EDUCATIONAL ADVANCEMENTS ALSO THROUGH MY QUEST FOR EDUCATIONAL ADVANCEMENT THROUGH YOUR COLLEGIATE BOP PROGRAMS. SINCE ABOUT 09/20/06
2. Efforts made by you to informally resolve:
I HAVE CONTACTED VARIOUS BOP AND OTHERS CONCERNING DENIALS OF MY COLLEGIATE EDUCATIONAL COMPLETTIONS AND MY MONETARY FINANCIAL LOSES FOR THE PURCHASMENT OF EDUCATIONAL MATERIALS AND BOOKLETS RELATING DIRECTLY TO MY BOP APPROVED COLLGEIATE EDUCATIONAL CORRESPONDENCE COURSE.
3. Name of staff you contacted:
I HAVE CONTACTED MY CORRESPONDENCE PROCTOR, EDUCATIONAL SUPERVISOR, UNIT COUNSELOR, UNIT TEAM AND ASSISTANT WARDEN, AS THE ATTACHMENTS AVERE.
I WISH FULL RESTITUTION, AND COMPLETTION OF THE CORRESPONDENCE COURSE.

Date returned to Correctional Counselor: _____

NAVARRATE, JOSE    21050-036    10/21/07
_____   Inmate's Name    Reg. No.    Date

CORRECTIONAL COUNSELOR'S COMMENTS:

1. Efforts made to informally resolve and staff contacted:
_____
_____
_____
_____
_____
_____
_____
_____

Date Informally Resolved: _____    Signature: _____
    OR                                   Counselor     Date
Date BP-229(13) Issued: _____
                                         _____
                                         Unit Manager   Date

If complaint is NOT informally resolved: forward original attached to BP-229(13) form to the Warden's Secretary.

07 1929    FILED
OCT 25 2007
NANCY MAYER WHITTINGTON, CLERK

BP-S148.055   INMATE REQUEST TO STAFF   CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                          FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| Ms. Norma Woodall (AWIEE) | 5/21/07 |
| FROM: Navarrete, Jose | REGISTER: 21050-086 |
| WORK ASSIGNMENT: Unicor CS-5 | UNIT: 5812 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Subject: Louisiana State University, ACCT 3121 Enrollment # 610999
Re.: Requesting Ms Thompson (Education Coordinator Sp) to follow through for an extention of time due to the negligence of Ft. Dix institution mail room.

Ms Thompson received my test book and study guide on February 2007. I then requested Ms Thompson to ask for an extention of time due to the fact that the expiration date of the course was March 19, 2007. On April 2007 I mailed a cop-out to Ms Thompson that included an attach card from LSU. that my course had expired. I never got a response to my cop-out. The issue at hand is that my proctor was to notify the L.S.U. because I'm a federal prisoner and don't have control over

(See back)

(Do not write below this line)

DISPOSITION:

_____        _____
Signature Staff Member                Date

Record Copy - File;  Copy - Inmate
(This form may be replicated via WP)        This form replaces BP-148.070 dated Oct 86
                                             and BP-S148.070 APR 94

BP-S148.055   **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                              FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| Mr Haggerdy (Education Spc) | 6/5/07 |
| FROM: Navarrete, Jose | REGISTER: 21050-086 |
| WORK ASSIGNMENT: Unicor CS-5 | UNIT: 5812 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I would like your help to get information about an adjustment in the LSU correspondence course (ACCT 3121) date line (3/19/07). Please you can contact with Ms Thompson from "EAST side", she is my proctor in that class. I have mailed on April a cop-out to her with a expired time less card from LSU and I have not received an answer. I'll appreciate your attention and assistance in this matter. Thank you.

(Do not write below this line)

DISPOSITION:

Signature Staff Member        Date

Record Copy - File;  Copy - Inmate
(This form may be replicated via WP)      This form replaces BP-148.070 dated Oct 86
                                          and BP-S148.070 APR 94

BP-S148.055  **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                           FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| Mail room Department | 12/7/06 |
| FROM: Navarrete, Jose | REGISTER: 21050-086 |
| WORK ASSIGNMENT: Unicor CS-5 | UNIT: 5811 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Request to find a reason which your department at the institution returned the package from LSU Bookstore twice on August and November 2006. This action from your department has cost me 7 months less of nine months that I have to complete this course. I have authorization from Education College Specialist Coordinator Mr Thompson to receive this material. I'm enroll in this correspondence course or program from June 2, 2002. Please contact with Mr Thompson (Educ. Building. 5712) EAST side as soon as possible because this a serious matter.

Thank you

(Do not write below this line)

DISPOSITION:

Signature Staff Member                    Date

Record Copy - File;   Copy - Inmate
(This form may be replicated via WP)         This form replaces BP-148.070 dated Oct 86
                                              and BP-S148.070 APR 94

BP-S148.055   **INMATE REQUEST TO STAFF**   CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                                                       **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| Mr Warfford (Educator Supervisor) | 12/7/06 |
| FROM: Navarrete, Jose | REGISTER NO. 21050-086 |
| WORK ASSIGNMENT: Unicor CS-5 | UNIT: 5812 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Today my Supervisor Mr Bynon make a phone call to the mail room concerns to my textbook and college material and they said that the reasons which they returned twice the textbook was that I need the authorization to receive this material from your department, Please would like that you contact the mail room department a give a solution to this matter. I have authorization from Mrs Thompson (College Spc Coordinator) contact with her as soon as possible. I have seven months of nine in this class less.

CC: Mr Sammuel Jr (Warden)

(Do not write below this line)

DISPOSITION:

Signature of Staff Member                                Date

Record Copy - File;   Copy - Inmate                     This form replaces BP-148.070 dated Oct 86
(This form may be replicated via WP)                    and BP-S148.070 APR 94

BP-S148.055  **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

*Received Mr Perez Unicor QA Supervisor (AW acting) at this time*

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| Mr Hunte AW. | 10/26/06 |
| FROM: Navarrete, Jose | REGISTER: 21050-086 |
| WORK ASSIGNMENT: UNICOR CS-5 | UNIT: 5812 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Request help for finding a textbook which was mailed on october 6, 2006, for second time from L.S.U Bookstore.. This package was mailed the first time on august 8, 2006 and it was returned for this institution (REFUSED). I have treated to contact with Ms Thompson (College Spe Coordinator), and my proctor in this class. Also I have contacted with other education department staff (Mr Warfford, Ms. Sweeked, ~~~~~ unsuccessful till now. I'll appreciate your assistance and time in this matter

Thank you

(Do not write below this line)

DISPOSITION:

Signature Staff Member    Date

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)    This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

BP-A148.055
SEP 98
U.S. DEPARTMENT OF JUSTICE

INMATE REQUEST TO STAFF CDFRM

FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
| Mrs Thompson (College Spc Coordnt) | 10/25/06 |
| FROM: Navarrete, José | REGISTER NO.: 21050-086 |
| WORK ASSIGNMENT: UNICOR CS-5 | UNIT: 5812 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

I have received a letter from L.S.U. regarding a textbook purchase from the bookstore on the L.S.U. campus which inform to me that the package was returned by this institution. I would like that you make an investigation in this matter to find who and why they refused the package. This months the package was mailed again and I have not received it. You must contact with L.S.U. to inform them about this situation. I have dead line in this class as a corresponde student and I have more than four months less. You must contact with the bookstore directly to make a solution to this matter (all copies attach)
                            thank you.

(Do not write below this line)

DISPOSITION:

Signature Staff Member       Date

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

**SECTION 6**

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| Mr. Wampler (ED Supervisor) | 9/20/06 |
| FROM: Navarrete, José | REGISTER NO.: 21050-086 |
| WORK ASSIGNMENT: UNICOR CS-5 | UNIT: 5812 |

SUBJECT: Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Request help in finding a textbook & study guide (Cost and analysis fifth edition) Which was order on July 31, 2006 and mailed on August 8, 2006. Ph. #(800) 259-8398 or (225) 578-5500 from LSU Bookstore, 110 Union Building, Baton Rouge, LA 70803. to the attention of Ms Thompson (College Spec Coordinator P.O.Box 38 Fort Dix, N.J. 08640. (José Navarrete #21050-086). On numerous occasion I have spoken to various education staff till this date no answer. As a correspondence student from L.S.U. I have to comply with a time line and this delay has cost me 3 months less. I'll appreciate your assistance and attention in this matter. (see back)

(Do not write below this line)

DISPOSITION:

Signature Staff Member        Date:

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94



LOUISIANA STATE UNIVERSITY
AND AGRICULTURAL AND MECHANICAL COLLEGE
Office of Independent Study   Division of Continuing Education
Baton Rouge   Louisiana   70803-1508   225/578-3171

Receipt Number: 250311

Enrollment Date: 06/19/2006
Expiration Date: 03/19/2007
Dean's Deadline:

Student:
Jose' De La Luz Navarrete
#21050-086
P.O. Box 7000
Trenton, NJ   08640
United States

Payor:

| Enrollment # | Course | Description | Instructor | Course Fee | Study Guide Fee | Media Fee | Postage |
|---|---|---|---|---|---|---|---|
| 610999 | ACCT 3121 | Cost Analysis and Control | Chenier | $219.00 | $10.00 | $0.00 | $0.00 |

Payment Methods:  $229.00   Check

Total Fees Due:   $229.00
Total Fees Paid:  $229.00

Processed by: BJ

---

NOTICE TO CHECK RECIPIENT                                         TREASURY-FINANCIAL MANAGEMENT SERVICE   TFS FORM 3090(Rev.)

VENDOR NAME: UNIVERSITY LOUISIANA STATE
VENDOR I.D. NUMBER: 121050086

AGENCY NAME AND BILLING ADDRESS:
DEPT OF JUSTICE
BUREAU OF PRISONS
600 E ST NW ROOM 4029
WASH DC   20530

U.S. TREASURY REG. FINANCIAL CENTER: AUSTIN, TEXAS

CHECK NUMBER: 2221-77120685
CHECK AMOUNT: $****229.00
CHECK DATE: 06-15-06

F2143310Tuition
21050086, NAVARRETE, JOSE

FOR INFO CALL 202-307-3052

AGENCY SCHEDULE NUMBER: 0006S00614
AGENCY TELEPHONE NUMBER: 202-307-3052

Pl
M

PLEASE DIRECT ANY INQUIRIES CONCERNING THIS PAYMENT TO THE AGENCY AT THE ADDRESS (OR PHONE NUMBER) INDICATED ABOVE

# ORDER FORM

Store No.: 396  Store Name: LSU Bookstore
Address: 110 Union
City: Baton Rouge  State: LA  Zip: 70803  Phone: 225-578-5500

Date of Order: 12/11/06  Order Taken By: John Pye
Date of Sale: / /
Register #:
Shipping Method: [X] 3rd Day  [ ] Next Day  [ ] 2nd Day
Carrier: [ ] UPS  [ ] US Mail  [ ] Airborne  [ ] Fed Ex  [ ] Other
Date Shipped: / /
Carrier Tracking #:

**BILLED TO:**
Name: Fermin Lopz
Address: 6247 Granton Ave  Apt: 4K
City/State/Zip: North Bergen/NJ/07047
Daytime Phone: 727-459-8420

**SHIP TO: (if Different)**  177116
Name: Ms. Thompson care of Jose Navarret
Address: FCI Fort Dix P.O. 38   21050-086
City/State/Zip: Fort Dix/NJ/08640
Daytime Phone:

Method of Payment: [ ] VISA  [ ] AMEX  [ ] DEBIT
[X] MASTER CARD  [ ] DISCOVER  [ ] CHECK ENCLOSED
Card Number: 5424-1808 9117 6114
Expiration Date: 06/08

| ITEM NUMBER | DESCRIPTION | COLOR | SIZE | QUANTITY | PRICE EACH | TOTAL PRICE |
|---|---|---|---|---|---|---|
| | Cost Accounting study gde | New | | 1 | | 40.00 |
| | Cost Accounting trad. + Inn. | New | | 1 | | 141.35 |

MERCHANDISE TOTAL: 181.35
TAX:
SUBTOTAL:
TOTAL BOOKS/SOFTWARE:
TAX:
SHIPPING AND HANDLING: 8.90
GRAND TOTAL: 190.25

ATTENTION SALES ASSOCIATE - REMEMBER TO ADD SPECIAL ORDER COST FROM BELOW →

**BOOK/SOFTWARE INFORMATION**  177116

Title:
Author:
Publisher:  SKU/ISBN:
Date: / /  Price:

B00771 (10/00)  CUSTOMER COPY

```
Welcome to The LSU Bookstore

     8135 CASH-1      3465 0001 033

978032418090 NEW
BARFIEL/COST ACCOU   MDS 1    141.35
978032418201 NEW
BARFIEL/COST ACCOU   MDS 1     40.00
              SUBTOTAL        181.35
    9% SALES TAX               16.32
              TOTAL            197.67

10 NONTAXABLE TOTAL
              TOTAL            181.35

960
SHIPPING/HANDLING    MDS 1N     8.90
              TOTAL            190.25

ACCOUNT NUMBER       XXXXXXXXXXXX6114
   Visa/Mastercard              190.25
Expiration Date                  XX/XX
   Authorization                995866

Save 5% when using Tiger Cash!!!

                     12/13/06  2:19 PM
```

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**AUTHORIZATION TO RECEIVE PACKAGE OR PROPERTY**

Approved Correspondence

Name and Address of Person Sending Package

(Name) LSU Bookstore or Assigned Publisher
see attached list
(Address) 110 Union Building

~~Baton Rouge~~

(City) Baton Rouge  (State) LA  (Zip Code) 70803

**EXPIRATION DATE**

Jan 2007

This Authorization Is Not Valid After The Date Shown.
Enter Inmate Name, Register No., and Institution Address Here:

Jose Navarrete #21030-086
FCI Fort Dix
P.O. Box 7000
Unit 5812
Fort Dix, N.J. 08640

THE NAMED INMATE IS AUTHORIZED TO RECEIVE (specify below):
You are authorized to send the following personal property. PLEASE NOTE: Including unauthorized materials in the package will result in the entire package being returned undelivered.

| QUANTITY | ITEM AND DESCRIPTION (INCLUDED STATED VALUE) | DISPOSITION |
|---|---|---|
| 1 | Text Book | |
| 1 | Study guide | |
| | Cost Analysis Control Accounting | |

SPECIAL INSTRUCTIONS: The inmate will mail the pink and goldenrod copy to addressee. The addressee may retain the pink copy but must include the GOLDENROD IN THE PACKAGE. The material must also be received prior to the Expiration Date shown above.

DISPOSITION: S = Storage; D = Donated; K = Keep in Possession; M = Mail; C = Contraband.

ENTER SIGNATURE, TITLE AND DATE OF APPROVING OFFICIAL – APPROVING OFFICIAL ALSO ENTERS EXPIRATION DATE, above.

_mthorpe_ Acting ASOE for mstenor ASOE          Dec 13, 2006
(Signature and Title)                              (Date Approved)

**INSPECTION AND RECEIPT**

Completed by Inspecting Staff _[signature]_

Status/Condition of Property Received

Inspected and cleared for issue _[signature]_          2/7/07
(Staff Signature)                              (Date)

_[signature]_                                   2/7/07
(Inmate Signature Upon Receipt)                 (Date)

The white, green and canary copy remain together until fully completed.
The pink and goldenrod are forwarded to the addressee by the inmate.

Final Filing: White – Central File
Green – R&D Property File
Canary – Inmate
Pink – Addressee to keep
Goldenrod – Addressee place in package

BP LVN   Printed on Recycled Paper



# LOUISIANA STATE UNIVERSITY
AND AGRICULTURAL AND MECHANICAL COLLEGE
Independent and Distance Learning • Division of Continuing Education

October 18, 2006

José Navarrete
#21050-086
F.C.I.-Unit 5812
P.O. Box 5812
Fort Dix, NJ 08640

Dear José,

I have received a letter from you dated October 11, 2006 regarding a textbook you purchased from the Bookstore on the LSU campus. Although the bookstore is located on the LSU campus, it is not owned by LSU, but, by Barnes and Noble. We, IDL, as an entity, do not have anything to do with the bookstore.

However, I have contacted them in reference to your order #127527. I spoke with Shaquita who stated the package was returned by your institution—REFUSED. A credit for the purchase was given to a Mr. Fermin Lopez. If you have any other questions in regard to your textbooks, you must contact the bookstore directly.

Sincerely,

Betty C. Jones
Betty C. Jones
Student Services Representative

*Please contact with them*
*Bookstore LSU (225) 578-5500*
*(800) 255-8398.*

E106 Pleasant Hall · Baton Rouge, Louisiana 70803-1508    225/578-3920   Fax 225/578-3090