ORIGINAL w/ INMATE FINANCE PRISON ACCOUNT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA CIRCUIT
333 CONSTITUTION AVENUE , NW
WASHINGTON , D.C. 20001

**FILED**

OCT 2 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

A F F I D A V I T
IN SUPPORT OF MOTION FOR LEAVE TO PROCEED
IN FORMA PAUPERIS , OR IN THE ALTERNATIVE
PAYMENT PLAN SET BY THE COURT

JOSE NAVARRETE , PETITIONER , PRO SE
FED REG NO. 21050-086
P.O. BOX 2000 FCI
FORT DIX , N.J. 08640

VS                                                CIVIL ACTION  **07 1929**

UNITED STATES OF AMERICA , ET AL.;

FEDERAL BUREAU OF PRISONS , ET AL.;
WARDEN
P.O. BOX 2000 FCI
FORT DIX , N.J. 08640

PRESIDENT
LOUISIANA STATE UNIVERSITY , ET AL.;
STUDENT SERVICES CAMPUS
LOUISIANA STATE 70130

OWNER
BARNES AND NOBLE BOOK STORE
LOUISIANA UNIVERSITY
LOUISIANA STATE    70130

EDUCATION SUPERVISOR
FORT DIX FCI
P.O. BOX 2000
FORT DIX , N.J. 08640

DEFENDANTS.

**RECEIVED**

SEP 28 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2.

Case 1:07-cv-01929-UNA   Document 2   Filed 10/25/2007   Page 2 of 6

JURISDICTION

FIRST AMENDMENT , UNITED STATES CONSTITUTION....." THE RIGHTS OF CITIZEN FREELY TO SPEAK AND ASSEMBLE, AND TO ADDRESS THE GOVERNMENT FOR REDRESS OF GRIEVENCE...." ( IN PERTINENT PART )

COMES NOW YOUR PETITIONER, JOSE NAVARRETE , IN PROPER PERSONS , FIRST FILING AS AN ALIEN PRO SE LITIGANT , DULY SAY AND DEPOSE UNDER PENALTY OF PERJURY , THAT I AM THE PRO SE PETITIONER IN THE INSTANT CAUSE , THAT I AM AN ALIEN FROM ANOTHER COUNTRY UNDER THE PROTECTIONS OF THE FOURTEENTH AMENDMENT AND OTHER RIGHTS SO WARRANTED UNDER THE UNITED STATES CONSTITUTION, THAT I AM VERY UNABLE TO PAY THE COST OF COURT PROCEEDINGS IN THE INSTANT CAUSE AND MATTER , THAT I OWN NO PROPERTIES TO GIVE SECURITY OF SAME , THAT BECAUSE OF POVERTY I AM WITHOUT PROPER AND SUFFICIENT FUNDS TO PROVIDE FOR PROPER EFFECTIVE ASSISTANCE OF COUNSEL, THAT I BELIEVE THAT I AM ENETITLED TO THE REDRESS I SEEK , THAT I AM ABLE AND WILLING TO SECUME AND ABIDE BY AND WITH ANY AND ALL OF ANY CONDITIONS , STANDARDS , OF AND FOR ANY PAYMENT STANDARD OF PER CENTAGES SET BY THIS COURT AS A MEANS OF PAYMENT FOR THIS ENTIRE CAUSE AND CASE , THAT I HAVE EXHAUISTED ALL OF MY KNOWN AND AVAILABLE REMEDIES , ASIDE FROM THIS COURT , FOR THE REDRESS I SEEK IN THE BEST INTEREST OF FAIRNESS AND JUSTICE IN AMERICA AND THE PROTECTIONS THEREFROM.

*Jose Navarrete*
JOSE NAVARRETE/PRO SE

" LEAVE TO PROCEED W/O FIRST PREPAYMENT O(F)COST G R A N T E D!

————————JUDGE , UNITED STATES DISTRICT COURT

# Inmate Statement

| Inmate Reg #: | 21050086 | Current Institution: | Fort Dix FCI |
|---|---|---|---|
| Inmate Name: | NAVARRETE, JOSE | Housing Unit: | FTD-Q-B |
| Report Date: | 09/24/2007 | Living Quarters: | Q02-272L |
| Report Time: | 3:36:14 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| FTD | 9/22/2007 6:02:04 PM | TFN0922 | | | Phone Withdrawal | ($18.00) | | $20.36 |
| FTD | 9/20/2007 1:41:27 PM | | 6325 | | Support | ($113.00) | | $38.36 |
| FTD | 9/18/2007 11:37:09 AM | 12 | | | Sales | ($62.45) | | $151.36 |
| FTD | 9/9/2007 7:39:22 PM | TFN0909 | | | Phone Withdrawal | ($2.00) | | $213.81 |
| FTD | 9/8/2007 12:51:31 PM | TFN0908 | | | Phone Withdrawal | ($5.00) | | $215.81 |
| FTD | 9/5/2007 8:40:37 PM | TFN0905 | | | Phone Withdrawal | ($2.00) | | $220.81 |
| FTD | 9/4/2007 5:07:29 PM | 33 | | | Sales | ($164.55) | | $222.81 |
| FTD | 9/4/2007 3:51:53 PM | 002222 | | | Payroll - UNICOR | $366.53 | | $387.36 |
| FTD | 8/30/2007 5:10:36 PM | TFN0830 | | | Phone Withdrawal | ($8.00) | | $20.83 |
| FTD | 8/28/2007 11:13:38 AM | 7 | | | Sales | ($91.25) | | $28.83 |
| FTD | 8/26/2007 12:40:11 PM | TFN0826 | | | Phone Withdrawal | ($13.00) | | $120.08 |
| FTD | 8/21/2007 11:44:01 AM | 27 | | | Sales | ($36.75) | | $133.08 |
| FTD | 8/21/2007 11:31:55 AM | 9 | | | Sales | ($13.00) | | $169.83 |
| FTD | 8/15/2007 4:10:34 PM | 33322807 | | | Western Union | $100.00 | | $182.83 |
| FTD | 8/14/2007 11:37:59 AM | 12 | | | Sales | ($17.70) | | $82.83 |
| FTD | 8/12/2007 4:56:45 PM | TFN0812 | | | Phone Withdrawal | ($7.00) | | $100.53 |
| FTD | 8/7/2007 11:11:47 AM | 1 | | | Sales | ($123.20) | | $107.53 |
| FTD | 8/3/2007 5:00:36 PM | TFN0803 | | | Phone Withdrawal | ($28.00) | | $230.73 |
| FTD | 8/2/2007 3:13:55 PM | 002203 | | | Payroll - UNICOR | $180.52 | | $258.73 |
| FTD | 7/31/2007 11:30:37 AM | 15 | | | Sales | ($40.65) | | $78.21 |
| FTD | 7/24/2007 11:09:45 AM | 2 | | | Sales | ($71.25) | | $118.86 |
| FTD | 7/22/2007 7:34:30 PM | TFN0722 | | | Phone Withdrawal | ($10.00) | | $190.11 |
| FTD | 7/19/2007 12:32:50 PM | | 5541 | | Support | ($50.00) | | $200.11 |
| FTD | 7/15/2007 9:03:23 PM | TFN0715 | | | Phone Withdrawal | ($9.00) | | $250.11 |
| FTD | 7/15/2007 5:23:17 AM | 70187202 | | | Lockbox - CD | $50.00 | | $259.11 |
| FTD | 7/13/2007 2:39:06 PM | | 5458 | | Support | ($113.00) | | $209.11 |
| FTD | 7/10/2007 11:17:56 AM | 4 | | | Sales | ($128.00) | | $322.11 |
| FTD | 7/6/2007 5:14:35 PM | TFN0706 | | | Phone Withdrawal | ($12.00) | | $450.11 |
| FTD | 7/5/2007 2:31:17 PM | 002194 | | | Payroll - UNICOR | $291.78 | | $462.11 |
| FTD | 7/4/2007 5:20:18 PM | TFN0704 | | | Phone Withdrawal | ($10.00) | | $170.33 |
| FTD | 7/2/2007 11:39:14 AM | 22 | | | Sales | ($46.75) | | $180.33 |
| FTD | 6/28/2007 8:58:31 PM | TFN0628 | | | Phone Withdrawal | ($10.00) | | $227.08 |
| FTD | 6/25/2007 11:25:46 AM | 12 | | | Sales | ($23.85) | | $237.08 |

07 1929

FILED
OCT 2 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| Code | Date | Ref | | Type | Amount | Balance |
|---|---|---|---|---|---|---|
| FTD | 6/20/2007 8:55:30 PM | TFN0620 | | Phone Withdrawal | ($10.00) | $260.93 |
| FTD | 6/18/2007 11:35:38 AM | 16 | | Sales | ($40.00) | $270.93 |
| FTD | 6/9/2007 6:29:16 PM | TFN0609 | | Phone Withdrawal | ($14.00) | $310.93 |
| FTD | 6/6/2007 10:47:38 AM | 002170 | | Payroll - UNICOR | $269.34 | $324.93 |
| FTD | 6/4/2007 11:31:41 AM | 9 | | Sales | ($184.45) | $55.59 |
| FTD | 6/2/2007 12:25:24 PM | TFN0602 | | Phone Withdrawal | ($10.00) | $240.04 |
| FTD | 5/26/2007 12:26:09 PM | TFN0526 | | Phone Withdrawal | ($10.00) | $250.04 |
| FTD | 5/23/2007 11:54:06 AM | | 4220 | Support | ($113.00) | $260.04 |
| FTD | 5/22/2007 7:10:23 PM | 33316707 | | Western Union | $100.00 | $373.04 |
| FTD | 5/21/2007 11:36:54 AM | 9 | | Sales | ($24.95) | $273.04 |
| FTD | 5/14/2007 11:17:51 AM | 7 | | Sales | ($42.75) | $297.99 |
| FTD | 5/10/2007 5:55:56 PM | TFN0510 | | Phone Withdrawal | ($20.00) | $340.74 |
| FTD | 5/9/2007 7:29:03 AM | TFN0509 | | Phone Withdrawal | ($6.00) | $360.74 |
| FTD | 5/7/2007 6:17:01 PM | 47 | | Sales | ($198.90) | $366.74 |
| FTD | 5/7/2007 11:48:00 AM | 21 | | Sales | ($23.40) | $565.64 |
| FTD | 5/3/2007 9:45:12 AM | 002147 | | Payroll - UNICOR | $508.35 | $589.04 |
| FTD | 4/27/2007 11:43:24 AM | TFN0427 | | Phone Withdrawal | ($11.00) | $80.69 |

1 2 3

**Total Transactions: 114**

Totals:    $0.36    $0.00

---

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| FTD | $20.36 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $20.36 |
| Totals: | $20.36 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $20.36 |

# Inmate Statement

| | | |
|---|---|---|
| Inmate Reg #: | 21050086 | Current Institution: Fort Dix FCI |
| Inmate Name: | NAVARRETE, JOSE | Housing Unit: FTD-Q-B |
| Report Date: | 09/24/2007 | Living Quarters: Q02-272L |
| Report Time: | 3:36:37 PM | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| FTD | 4/27/2007 5:23:51 AM | 70181801 | | | Lockbox - CD | $50.00 | | $91.69 |
| FTD | 4/24/2007 3:00:19 PM | ITS2CONV | | | Phone Rev With Rel | $11.00 | | $41.69 |
| FTD | 4/23/2007 11:42:29 AM | 13 | | | Sales | ($55.15) | | $30.69 |
| FTD | 4/22/2007 2:47:06 PM | ITS0422 | | | Phone Withdrawal | ($10.00) | | $85.84 |
| FTD | 4/16/2007 11:27:29 AM | 20 | | | Sales | ($24.55) | | $95.84 |
| FTD | 4/13/2007 9:36:38 PM | ITS0413 | | | Phone Withdrawal | ($3.00) | | $120.39 |
| FTD | 4/9/2007 11:26:55 AM | 14 | | | Sales | ($138.65) | | $123.39 |
| FTD | 4/6/2007 4:48:38 PM | | 3034 | | Support | ($113.00) | | $262.04 |
| FTD | 4/5/2007 6:31:16 PM | ITS0405 | | | Phone Withdrawal | ($3.00) | | $375.04 |
| FTD | 4/5/2007 12:30:52 PM | 002125 | | | Payroll - UNICOR | $369.00 | | $378.04 |
| FTD | 4/2/2007 11:35:11 AM | 5 | | | Sales | ($71.25) | | $9.04 |
| FTD | 3/24/2007 8:06:41 PM | ITS0324 | | | Phone Withdrawal | ($10.00) | | $80.29 |
| FTD | 3/20/2007 5:50:11 AM | 70179001 | | | Lockbox - CD | $50.00 | | $90.29 |
| FTD | 3/17/2007 10:44:19 AM | ITS0317 | | | Phone Withdrawal | ($7.00) | | $40.29 |
| FTD | 3/13/2007 10:58:17 AM | | 2407 | | Support | ($113.00) | | $47.29 |
| FTD | 3/10/2007 8:27:30 AM | ITS0310 | | | Phone Withdrawal | ($4.00) | | $160.29 |
| FTD | 3/8/2007 5:54:56 PM | 19 | | | Sales | ($138.30) | | $164.29 |
| FTD | 3/5/2007 10:07:00 AM | 002101 | | | Payroll - UNICOR | $272.37 | | $302.59 |
| FTD | 3/3/2007 11:46:33 AM | ITS0303 | | | Phone Withdrawal | ($4.00) | | $30.22 |
| FTD | 3/3/2007 5:35:38 AM | 70177901 | | | Lockbox - CD | $25.00 | | $34.22 |
| FTD | 3/1/2007 5:41:11 PM | 88 | | | Sales | ($81.45) | | $9.22 |
| FTD | 2/27/2007 5:12:25 PM | ITS0227 | | | Phone Withdrawal | ($10.00) | | $90.67 |
| FTD | 2/27/2007 5:49:22 AM | 70177501 | | | Lockbox - CD | $100.00 | | $100.67 |
| FTD | 2/8/2007 8:19:27 PM | ITS0208 | | | Phone Withdrawal | ($4.00) | | $0.67 |
| FTD | 2/8/2007 5:20:57 PM | 95 | | | Sales | $4.10 | | $4.67 |
| FTD | 2/8/2007 11:54:39 AM | 44 | | | Sales | ($159.60) | | $0.57 |
| FTD | 2/5/2007 5:36:51 PM | ITS0205 | | | Phone Withdrawal | ($19.00) | | $160.17 |
| FTD | 2/5/2007 4:11:23 PM | 002080 | | | Payroll - UNICOR | $179.01 | | $179.17 |
| FTD | 2/1/2007 5:42:30 PM | 152 | | | Sales | ($59.40) | | $0.16 |
| FTD | 2/1/2007 5:40:34 PM | 151 | | | Sales | ($30.95) | | $59.56 |
| FTD | 2/1/2007 12:52:54 PM | 119 | | | Sales | $0.00 | | $90.51 |
| FTD | 1/28/2007 5:13:13 PM | ITS0128 | | | Phone Withdrawal | ($10.00) | | $90.51 |
| FTD | 1/28/2007 5:29:06 AM | 70175502 | | | Lockbox - CD | $100.00 | | $100.51 |

| | | | | | | |
|---|---|---|---|---|---|---|
| FTD | 1/11/2007 6:27:26 PM | ITS0111 | | Phone Withdrawal | ($3.00) | $0.51 |
| FTD | 1/11/2007 6:03:12 PM | 87 | | Sales | ($22.05) | $3.51 |
| FTD | 1/9/2007 5:53:00 AM | 70174201 | | Lockbox - CD | $25.00 | $25.56 |
| FTD | 1/5/2007 9:30:03 PM | ITS0105 | | Phone Withdrawal | ($12.00) | $0.56 |
| FTD | 1/5/2007 7:28:52 PM | 59 | | Sales | ($147.75) | $12.56 |
| FTD | 1/4/2007 5:53:47 PM | ITS0104 | | Phone Withdrawal | ($22.00) | $160.31 |
| FTD | 1/4/2007 4:24:56 PM | 002066 | | Payroll - UNICOR | $151.88 | $182.31 |
| FTD | 12/31/2006 7:19:37 PM | ITS1231 | | Phone Withdrawal | ($10.00) | $30.43 |
| FTD | 12/29/2006 5:40:34 PM | ITS1229 | | Phone Withdrawal | ($10.00) | $40.43 |
| FTD | 12/29/2006 7:07:18 AM | 33306507 | | Western Union | $50.00 | $50.43 |
| FTD | 12/9/2006 11:11:47 PM | ITS1209 | | Phone Withdrawal | ($19.00) | $0.43 |
| FTD | 12/6/2006 6:35:58 PM | 29 | | Sales | ($200.35) | $19.43 |
| FTD | 12/5/2006 2:36:14 PM | IS002044 | | Payroll - UNICOR | $154.44 | $219.78 |
| FTD | 12/4/2006 5:33:59 PM | ITS1204 | | Phone Withdrawal | ($10.00) | $65.34 |
| FTD | 12/2/2006 5:05:44 PM | ITS1202 | | Phone Withdrawal | ($15.00) | $75.34 |
| FTD | 12/1/2006 5:00:56 PM | ITS1201 | | Phone Withdrawal | ($10.00) | $90.34 |
| FTD | 12/1/2006 5:33:24 AM | 70171701 | | Lockbox - CD | $100.00 | $100.34 |

1 2 3

**Total Transactions: 114**

Totals:    $0.36    $0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| FTD | $20.36 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $20.36 |
| Totals: | $20.36 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $20.36 |