FILED

OCT 2 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA CIRCUIT
333 CONSTITUTION AVENUE , NW
WASHINGTON , D.C. 20001

PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL

JOSE NAVARRETE , PRO SE
FED REG 21050-086
P.O. BOX 2000 FCI
FORT DIX , NJ 08640

    PETITIONER ,

  VS

UNITED STATES OF AMERICA , ET AL.;

FEDERAL BUREAU OF PRISONS , ET AL.;

WARDEN
P.O. BOX 2000 FCI
FORT DIX , NJ 08640

PRESIDENT
LOUISIANA STATE UNIVERSITY , ET AL.;
STUDENT SERVICES CAMPUS
LOUISIANA STATE   70130

OWNER
BARNES AND NOBLE BOOK STORE
LOUISIANA STATE UNIVERSITY CAMPUS
LOUISIANA STATE   70130

EDUCATION SUPERVISOR
FORT DIX FCI
P.O. BOX 2000 FCI
FORT DIX , NJ 08640

    DEFENDANTS .

07 1929

CIVIL ACTION_____

JURISDICTIONAL VENUE

28 § USC § 1915 (1) (e)(1)" THE COURT MAY REDQUEST AN ATTORNEY TO
                REPRESENT ANY PERSON UNABLE TO AFFORD
                COUNSEL.

PETITIONER HAS ATTACHED FORMA PAUPERIS AFFIDAVIT OF POVERTY

3

IN REVIEWING OF THE INSTANT REQUEST FOR APPOINTMENT OF ATTORNEY TO REPRESENT PETITIONER , AND THE ATTACHED AFFIDAVITS AND COMPLAINT, AND IN VIEW OF THE PETITIONER BEING AN ALIEN WITH SOME DIFFICULTY IN UNDERSTANDING THE AMERICAN LANGUAGE AND LAWS OF AMERICA , AND BECAUSE THE COURT HAS APPROVED HIS REQUEST FOR POVERTY AND LEAVE TO PROCEED WITHOUT FIRST PREPAYMENT OF COURT COST , THE INSTANT MOTION FOR APPOINTMENT OF ATTORNEY TO REPRESENT IS G R A N T E D !

DATE_____          _____
                                              UNITED STATES DISTRICT COURT JUDGE


CERTIFICATE OF SERVICE

I , JOSE NAVARRETE , THE PETITIONER IN THE INSTANT REQUEST FOR APPOINTMENT OF ATTORNEY TO REPRESENT HIM IN THE INSTANT CAUSE AND ACTION AT LAW , SUIT IN EQUITY , DO SO DEPOSE AND SAY , UNDER PENALTY OF PERJURY , THAT I AM THE PETITIONER IN THE INSTANT CAUSE , THAT BECAUSE OF MY BEING AN ALIEN AND UNABLE TO UNDERSTAND FULLY , AND TO THEREBY , TO UNDERSTAND AND OR INTERPRET THE ENGLISH LANGUAGE IN FULL IN ITS APPLICATIONS TO THE UNITED STATES CONSTITUTION AND LAWS THREOF, AND THE ENGLISH LANGUAGE IN FULL, THAT THE ABOVE AND HEREIN STATED IS TRUE TO THE BEST OF MY ABILITY , AND FURTHER , THAT I BELIEVE THAT I AM ENTITLED TO THE REDRESS I SEEK AND THE APPOINTMENT OF ATTORNEY TO REPRESENT ME, IT IS SO MOVED!

*José Navarrete*
JOSE NAVARRETE , PRO SE


PER RULE 11 AND RULE 12 , APPROPRIATE COPIES REQUESTED TO BE SENT TO THE UNITED STATES ATTORNEY AT HIS/HER BUSINESS ADDRESS BY THE CLERK OF THE COURT , IT IS SO MOVED!

*José Navarrete*
JOSE NAVARRETE , PRO SE