FILED
OCT 2 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Jose Navarrete,                         )
                                        )
         Plaintiff,                     )
                                        )
    v.                                  )    Civil Action No. 07 1929
                                        )
United States of America, et al.,       )
                                        )
         Defendant.                     )

### TRANSFER ORDER

This matter, brought pursuant to 42 U.S.C. § 1983, is before the Court on its initial review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. Plaintiff is a prisoner incarcerated at the Federal Correctional Institution ("FCI") in Fort Dix, New Jersey. He lists as defendants the United States, the Bureau of Prisons ("BOP"), his Warden, the Education Supervisor at Fort Dix FCI, the President of Louisiana State University ("LSU"), and the Owner of the Barnes and Noble Book Store at LSU. Plaintiff claims that BOP officials interfered with his educational pursuit of a correspondence course offered by LSU. He alleges, among other misdeeds, that defendants "robbed" him by making him "pay for his own expenses," that he paid for items he did not receive, and that BOP's "errors" prevented him from completing the course. Compl. at 3.

Because none of the alleged events occurred in the District of Columbia, this judicial district is the wrong venue for litigating plaintiff's claim. S*ee* 28 U.S.C. § 1391(b)(2) (designating the proper venue under the circumstances presented as the location where a substantial part of the events giving rise to the claim occurred). The Court finds it in the

interests of justice and judicial economy to transfer the case. Accordingly, it is this 19th day of October 2007,

    ORDERED that, pursuant to 28 U.S.C. § 1406(a), this case is TRANSFERRED to the United States District Court for the District of New Jersey. Whether plaintiff should be permitted to proceed further without prepayment of fees is a determination to be made by the transferee court.

                                   /s/ Roberts
                              United States District Judge